# LIST OF EXHIBITS AND WITNESSES

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ JC _____ DEPUTY

| | | | |
|---|---|---|---|
| **Case Number** | 2:20-cr-00222(A)-ODW | **Title** | USA v. Rhew |
| **Judge** | Mark C. Scarsi, United States District Judge | | |
| **Dates of Trial or Hearing** | 9/17/24-9/20/24; 9/24/24-9/25/24; 9/30/24; 10/1/24-10/3/24; *10/8/24 - 10/11/24, 10/14/24 - 10/18/24,* | | |
| **Court Reporters or Tape No.** | Miriam Baird; April Lassiter-Benson *10/21/24 - 10/24/24, 10/29/24* *COURTSMART, Maera Woolrich* | | |
| **Deputy Clerks** | Stephen Montes Kerr, *Jessica Cortes, Wendy Hernandez* | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Julie Shemitz, AUSA | (1) Angela M. Machala and David C. Scheper |
| Miri Song, AUSA | (2) Beau B. Brindley and Michael J. Thompson |
| Skyler Cho, AUSA | (3) Peter B. Axelrod and Renato Mariotti |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Witness Kassup Kim (9/30/24) | Gov |
| | | | | | | Witness Sulvia Villeda (9/30/24) | Gov |
| | | | 1003 | 9/30/24 | | Villeda Interview Report | |
| | | | | | | Witness Fernando Choi (9/30/24) | Gov |
| | | | | | | Witness Leticia Huerta (9/30/24) | Gov |
| | | | | | | Witness Leticia Huerta (10/1/24) | Gov |
| | | | | | | Witness Mark Cisneros (10/1/24) | Gov |
| | | | | | | Witness Luis Rodriguez (10/1/24) | Gov |
| | | | | | | Witness Jessica Jordan (10/1/24) | Gov |
| | | | | | | Witness Robert Riston (10/1/24) | Gov |
| | | | | | | Witness Luis Reya (10/1/24) | Gov |
| | | | | | | Witness Luis Reya (10/2/24) | Gov |
| | | | | | | Witness Jason Graeff (10/2/24) | Gov |
| | | | | | | Witness Andrew T. Reynolds (10/2/24) | Gov |
| | | | | | | Witness Leticia Huerta (10/2/24) | Gov |
| 403 | 10/2/24 | 10/2/24 | | | | DVD-R Huerta Video | |
| | | | | | | Witness Kevin Panganiban (10/2/24) | Gov |
| | | | | | | Witness Gorden Kwan (10/2/24) | Gov |
| | | | | | | Witness Peter Yung (10/2/24) | Gov |
| | | | | | | Witness Carlos Zepeda (10/2/24) | Gov |
| | | | | | | Witness Peter Yung (10/3/24) | Gov |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No.    2:20-cr-00222-ODW                    Title:    USA v. Si Oh Rhew, et al.

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| | | | | | | WIT THEODORE J. VLHAFIS 10-3-24 | GOV |
| | | | | | | WIT Manny Muriel 10/8/24 | DEF |
| | | | | | | WIT Barry Koch 10/8/24 | Def |
| | | | | | | WIT Jee Hee Hwang 10/8 | Def |
| | | | | | | WIT Jung Ham 10/8/24 | Def |
| | | | | | | | |
| | | | | | | witness Jung ham continues 10/9/24 | Def |
| | | | | | | Si oH Rhew cls/t 10/9/24 | Deft |
| | | | | | | Jonathan fernandez cls/t 10/9/24 | Deft |
| | | | | | | | |
| 409 | 10/10/24 | 10/10/24 | | | | Picture of C'est Tan Store Front | gov |
| | | | | | | WIT cont. Shi Oh Rhew | Def |
| | | | | | | | |
| | | | | | | WIT Shi Oh Rhew continues 10/11/24 | Def |
| 411 | 10/11/24 | 10/11/24 | | | | Exh. Articles of Incorporation for GLLR, Inc | gov |
| | | | | | | WIT SH OH RHEW 10/16/24 | |
| | | | | | | WIT HYUN JUNG LEE " | Δ |
| | | | | | | WIT ROCIO RAMIREZ " | Δ |
| | | | | | | " 10/17/24 | Δ |
| | | | | | | WIT LANCE RHEW 10/17/24 | Δ |
| | | | 1008 | | | " 10/18/24 | Δ |
| | | | 1008 | 10/18/24 | 10/18/24 | PASSPORT RECEIPT (ECF NO. 49) | |
| 423 | 10/18/24 | | | | | TEXT MESSAGE LANCE RHEW | |
| 424 | 10/18/24 | | | | | TEXT MESSAGE | |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### LIST OF EXHIBITS AND WITNESS - CONTINUED

Case No.    2:20-cr-00222-ODW          Title:    USA v. Si Oh Rhew, et al.

| Plaintiff(s) | | | Defendant(s) | | | Exhibit Description / Witness | Called By |
|---|---|---|---|---|---|---|---|
| Ex. # | Id. | Ev. | Ex. # | Id. | Ev. | | |
| 404 | 10/18/24 | 10/18/24 | | | | EMAIL THREAD W/ATTACHMENT | |
| 408 | 10/18/24 | 10/18/24 | | | | EMAIL STRING W/ATTACHMENTS | |
| 40 | 10/18/24 | 10/18/24 | | | | ER REPORT  4/2/2018 | |
| 422 | 10/18/24 | 10/18/24 | | | | EMAIL LANCE RHEW | |
| 423 | 10/18/24 | 10/18/24 | | | | TEXT MESSAGE | |
| 424 | 10/18/24 | 10/18/24 | | | | TEXT MESSAGE | |
| | | | | | | WIT LOUDVIK KHANLARY | 10/18/24 |
| 1009 | 10/18/24 | 10/18/24 | | | | CASTANEDA LUNCHBOX | |
| | | | | | | WIT BECKY JUNG O'MALLEY | 10/18/24 |
| 1007 | 10/22/24 | | | | | DR. JAMAL'S MEDICAL RECORD | |
| | | | | | | WIT BECKY JUNG O'MALLEY | 10/22/24 |
| | | | | | | WIT DARYOUSH JAMAL (DR.) | " |
| | | | | | | WIT SULVA VILLEDA  10/22/24 | GOV |
| | | | | | | WIT DEBORA ROCHE MEYLING | GOV |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
MIRI SONG (Cal. Bar No. 291140)
SKYLER F. CHO (Cal. Bar No. 285299)
Assistant United States Attorneys
International Narcotics, Money
 Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephones:   (213) 894-5735/2262/2475
     Facsimile:    (213) 894-0142
     E-mails:      julie.shemitz@usdoj.gov
                   miri.song@usdoj.gov
                   skyler.cho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 20-0222(A)-ODW-all |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBITS LIST |
| v. | Trial Date:    September 17, 2024 |
| C'EST TOI JEANS, INC., ET AL., | Trial Time:    9:00 a.m. |
| Defendants. | Location:    Courtroom of the Hon. Otis D. Wright II |

Plaintiff United States of America, by and through its counsel of record, the

United States Attorney for the Central District of California and Assistant United States

Attorneys Julie J. Shemitz, MiRi Song, and Skyler F. Cho, hereby submits its trial

Exhibits List.

1     The government requests that it be allowed to modify the Exhibits List, as may

2  become necessary prior to and during trial.

3  Dated: September 16, 2024          Respectfully submitted,

4                              E. MARTIN ESTRADA
                              United States Attorney

5

6                              MACK E. JENKINS
                              Assistant United States Attorney
                              Chief, Criminal Division

7

8                                     /s/
                              JULIE J. SHEMITZ
                              MIRI SONG

9                              SKYLER F. CHO
                              Assistant United States Attorneys

10

11                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 100. | CEST TOI OFFICE.docx | 9-19-24 | → 10-2-24 |
| 101. | Customs Broker How to.docx | ↓ | → 10-2-24 |
| 102. | Altered Invoice W9201589384 | 9-19-24 | → |
| 103. | CBP Entry Docs W9201589384 | 10-3-24 | |
| 104. | True Invoice W9201589384 | 9-19-24 | → |
| 105. | Altered Invoice W9201626434 | 10-3-24 | |
| 106. | CBP Entry Docs W9201626434 | 10-3-24 | |
| 107. | True Invoice W9201626434 | 10-2-24 | 10-2-24 |
| 108. | Altered Invoice 99V00107554 | 9-19-24 | → |
| 109. | CBP Entry Doc 99V00107554 | ↓ | → |
| 110. | True Invoice 99V00107554 | ↓ | → 10-2-24 |
| 111. | Altered Invoice 99V00114907 | 9-19-24 | 10-3-24 |
| 112. | CBP Entry Docs 99V00114907 | ↓ | 10-3-24 |
| 113. | True Invoice 99V00114907 | 10-2-24 | 10-2-24 |
| 114. | Altered Invoice 99V00116605 | 9-19-24 | 10-3-24 |
| 115. | CBP Entry Docs 99V00116605 | ↓ | 10-3-24 |
| 116. | True Invoice 99V00116605 | 10-2-24 | 10-2-24 |
| 117. | Altered Invoice 99V00116613 | 9-19-24 | 10-3-24 |
| 118. | CBP Entry Docs 99V00116613 | ↓ | 10-3-24 |
| 119. | True Invoice 99V00116613 | 10-2-24 | 10-2-24 |
| 120. | Altered Invoice 99V00116837 | 9-19-24 | 10-3-24 |
| 121. | CBP Entry Docs 99V00116837 | ↓ | 10-3-24 |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 122. | True Invoice 99V00116837 | 10-2-24 | 10-2-24 |
| 123. | Altered Invoice 99V00119252 | 9-19-24 | 10-3-24 |
| 124. | CBP Entry Docs 99V00119252 | ↓ | 10-3-24 |
| 125. | True Invoice 99V00119252 | 10-2-24 | 10-2-24 |
| 126. | Altered Invoice 99V00120052 | 9-19-24 | 10-3-24 |
| 127. | CBP Entry Docs 99V00120052 | ↓ | 10-3-24 |
| 128. | True Invoice 99V00120052 | 10-2-24 | 10-2-24 |
| 129. | Altered Invoice 99V00120300 | 9-19-24 | 10-3-24 |
| 130. | CBP Entry Docs 99V00120300 | ↓ | 10-3-24 |
| 131. | True Invoice 99V00120300 | 10-2-24 | 10-2-24 |
| 132. | Altered Invoice 99V00121332 | 9-19-24 | 10-3-24 |
| 133. | CBP Entry Docs 99V00121332 | ↓ | 10-3-24 |
| 134. | True Invoice 99V00121332 | 10-2-24 | 10-2-24 |
| 135. | Altered Invoice 99V00121829 | 9-19-24 | 10-3-24 |
| 136. | CBP Entry Docs 99V00121829 | ↓ | 10-3-24 |
| 137. | True Invoice 99V00121829 | 10-2-24 | 10-2-24 |
| 138. | Altered Invoice 99V00122033 | 9-19-24 | 10-3-24 |
| 139. | CBP Entry Docs 99V00122033 | ↓ | 10-3-24 |
| 140. | True Invoice 99V00122033 | 10-2-24 | 10-2-24 |
| 141. | Altered Invoice 99V00124823 | 9-19-24 | 10-3-24 |
| 142. | CBP Entry Docs 99V00124823 | ↓ | 10-3-24 |
| 143. | True Invoice 99V00124823 | 10-2-24 | 10-2-24 |
| 144. | Altered Invoice 99V00125069 | 9-19-24 | 10-3-24 |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 145. | CBP Entry Docs 99V00125069 | 9-19-24 | 10-3-24 |
| 146. | True Invoice 99V00125069 | 10-2-24 | 10-2-24 |
| 147. | Altered Invoice 99V00139300 | 9-19-24 | → |
| 148. | CBP Entry Docs 99V00139300 | ↓ | → |
| 149. | True Invoice 99V00139300 | 9-24-24 | → |
| 150. | Wire Application 99V00139300 | ↓ | → |
| 151. | Altered Invoice 99V00140381 | 9-19-24 | 10-3-24 |
| 152. | CBP Entry Docs 99V00140381 | ↓ | 10-3-24 |
| 153. | True Invoice 99V00140381 | 10-2-24 | 10-2-24 |
| 154. | Wire Application 99V00140381 | | |
| 155. | Altered Invoice 99V00140472 | 9-19-24 | 10-3-24 |
| 156. | CBP Entry Docs Invoice 99V00140472 | ↓ | 10-3-24 |
| 157. | True Invoice 99V00140472 | 10-2-24 | 10-2-24 |
| 158. | Wire Application Invoice 99V00140472 | | |
| 159. | Altered Invoice 99V00114881 | 9-19-24 | 10-3-24 |
| 160. | CBP Entry Docs 99V00114881 | ↓ | 10-3-24 |
| 161. | True Invoice 99V00114881 | 10-2-24 | 10-2-24 |
| 162. | Aerocosta Emails BVU01925273 | | |
| 163. | CBP Entry Docs BVU01925273 | | |
| 164. | CBP Release Docs BVU01925273 | | |
| 165. | Aerocosta Docs BVU01975369 | | |
| 166. | Altered Invoice BVU01975369 | | |
| 167. | CBP Entry Docs BVU01975369 | | |
| 168. | Importer Security Filling Data Sheet BVU01975369 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 169. | Aerocosta Docs BVU02002718 | | |
| 170. | Altered Invoice Docs BVU02002718 | | |
| 171. | CBP Entry Docs BVU02002718 | | |
| 172. | Importer Security Filling Data BVU02002718 | | |
| 173. | Initial CBP Entry Docs BVU02002718 | | |
| 174. | Aerocosta Bill of Lading 8U815000520 | | |
| 175. | Altered Invoice 8U815000520 | | |
| 176. | Updated Invoice 8U815000520 | | |
| 177. | CBP Entry Doc 8U815000520 | | |
| 178. | Altered Invoice BVQ02082526 | | |
| 179. | ASonic Bill of Lading BVQ02082526 | | |
| 180. | CBP Entry Docs BVQ02082526 | | |
| 181. | Revised CBP Entry Docs | | |
| 182. | Initial CBP Docs 8U815000520 | | |
| 183. | py - payment flow chart.pdf | | |
| 184. | Undervaluation Summary Chart (2009-2014) | 9-24-24 | → |
| 185. | Summary Chart Post Search Warrant | | |
| 186. | 2014.08.22 Audio Clip from Wall 186T: Transcript | 9-24-24 | → |
| 187. | ACE COR Declaration 1 | 9-24-24 | → |
| 188. | Excel Tab 1 PS (CTJ_00738798).pdf | 9-24-24 | → |
| 189. | Excel Tab 2 (45-359464200) CTJ_00738798.pdf | ↓ | → |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 190. | Excel Tab 3 (Source) CTJ_00738798.pdf | 9-24-24 | → |
| 191. | Excel Tab 1 PS (CTJ_00738799).pdf | | → |
| 192. | Excel Tab 2 20-820834700 (CTJ_00738799)...pdf | | → |
| 193. | Excel Tab 3 Scope Period Imports (CTJ_00738799).pdf | | → |
| 194. | Excel Tab 4 Source (CTJ_00738799).pdf | | → |
| 195. | Excel Tab 1 PS (CTJ_00738800).pdf | | → |
| 196. | Excel Tab 2 IOR 27-355766300 (CTJ_00738800).pdf | | → |
| 197. | Excel Tab 3 Scope Period Imports (CTJ_00738800).pdf | | → |
| 198. | Excel Tab 4 Source (CTJ_00738800).pdf | | → |
| 199. | Excel Tab 1 PS (CTJ_00738801).pdf | | → |
| 200. | Excel Tab 2 33-100077100 (CTJ_00738801).pdf | | → |
| 201. | Excel Tab 3 Scope Period Imports (CTJ_00738801).pdf | | → |
| 202. | Excel Tab 4 Source (CTJ_00738801).pdf | | → |
| 203. | Declaration IVY Customs Service Inc. | | |
| 204. | Declaration West Port Customs | | |
| 205. | Declaration Yoon Jung Customs | | |
| 206. | Declaration VIP Customs | | |
| 207. | Declaration JEK Logistics Inc. | | |
| 208. | Declaration Donald International | | |
| 209. | Declaration CU Customs Brokers | | |

5

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|-----|-------------|--------|----------|
| 210. | EDD Records 1 | | |
| 211. | EDD Records 2 | | |
| 212. | Payment Email | | |
| 213. | Checking In Email | | |
| 214. | Email Re ITRAC Report | 9-19-24 → | |
| 215. | Invoice 9300 | 10-2-24 | 10-2-24 |
| 216. | ITRAC Report | 9-19-24 → | |
| 217. | ACE COR Declaration 2 | | |
| 218. | IOR printout | | |
| 219. | Demonstrative 1 | 9-24-24 | |
| 220. | Demonstrative 2 | ↓ | |
| 300. | Animated TBML | | |
| 301. | Photo- Cest Toi Jeans | 10-1-24 | 10-1-24 |
| 302. | Photo- Cest Toi Jeans IMG_1736 | | |
| 303. | Photo- Cest Toi Jeans IMG_1754 | | |
| 304. | Photo- Money pic 2 from 1100 Hope | | |
| 305. | Photo- Towne Ave store | | |
| 306. | Instructions to CI in English | 9-30-24 | 9-30-24 |
| 307. | Instructions to CI in Spanish | | |
| 308. | Photo- py - boxes of silver coins | | |
| 309. | Photo- py - boxes of silver coins opened | | |
| 310. | Photo- py - c'est toi lunchbag | 9-24-24 → | |
| 311. | Photo- py - c'est toi lunchbag contents | 10-2-24 | 10-2-24 |
| 312. | Photo- py - initial photo of closet | 10-2-24 | 10-2-24 |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 313. | Photo- py - money and coins recovered from closet | 10-2-24 | 10-2-24 |
| 314. | Photo- py - nylon duffel bags closed | | |
| 315. | Photo- py - nylon duffel bags opened | | |
| 316. | Photo- py - nylon duffel bags with cash | 10-2-24 | 10-2-24 |
| 317. | Photo- py - payment flow chart | 10-2-24 | 10-2-24 |
| 318. | Photo- py - viewsonic boxes closed | | |
| 319. | Photo- py - viewsonic boxes opened (2) | | |
| 320. | Photo- py - viewsonic boxes w cash | 10-2-24 | 10-2-24 |
| 321. | py - black duffel bags of cash | 10-2-24 | 10-2-24 |
| 322. | py - receipt for VC watch | | |
| 323. | py - receipts in Korean language | | |
| 324. | py - silver coins | 10-2-24 | 10-2-24 |
| 325. | py - sapphire & diamond ring | 10-2-24 | 10-2-24 |
| 326. | Vacheron Constantin watch 2 (black box) | | |
| 327. | VC watch 2 face | | |
| 328. | Money Count Receipt | | |
| 329. | Bernadino Sheriff's Co Ofc Lab Report & Materials | | |
| 330. | Ristow Robert CV 01-10 | | |
| 331. | SBSCO Photos 1 | 10-1-24 | 10-1-24 |
| 332. | SBSCO Photos 2 | | |
| 333. | SBSCO Photos 3 | | |
| 334. | SBSCO Photos 4 | | |
| 335. | SBSCO Photos 5 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 336. | SBSCO Photos 6 | | |
| 337. | SBSCO Photos 7 | | |
| 338. | SBSCO Photos 8 | | |
| 339. | SBSCO Photos 9 | | |
| 340. | SBSCO Photos 10 | | |
| 341. | SBSCO Photos 11 | | |
| 342. | SBSCO Photos 12 | | |
| 343. | SBSCO Photos 13 | | |
| 344. | SBSCO Photos 14 | | |
| 345. | SBSCO Photos 15 | | |
| 346. | SBSCO Photos 16 | 10-1-24 | 10-1-24 |
| 347. | SBSCO Photos 17 | | |
| 348. | SBSCO Photos 18 | 10-1-24 | 10-1-24 |
| 349. | SBSCO Photos 19 | 10-1-24 | 10-1-24 |
| 350. | SBSCO Photos 20 | 10-1-24 | 10-1-24 |
| 351. | SBSCO Photos 21 | | |
| 352. | SBSCO Photos 22 | 10-1-24 | 10-1-24 |
| 353. | SBSCO Photos 23 | | |
| 354. | SBSCO Photos 24 | | |
| 355. | SBSCO Photos 25 | | |
| 356. | SBSCO Photos 26 | | |
| 357. | SBSCO Photos 27 | 10-1-24 | 10-1-24 |
| 358. | SBSCO Photos 28 | 10-1-24 | 10-1-24 |
| 359. | UC OP 2-10-14 (2) | | |
| 360. | UC OP 2-10-14 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 361. | UC OP 2-21-13 | | |
| 362. | UC OP 3-15-13 | | |
| 363. | UC OP 1-31-13 | | |
| 364. | UC OP 10-24-12 | | |
| 365. | UC OP 11-8-12 | | |
| 366. | UC OP 11-15-12 | | |
| 367. | Jessica Jordan Professional CV 2024 | | |
| 368. | Opening Page  01 | | |
| 369. | Opening Page  02 | 10-2-24 | |
| 370. | Opening Page  03 | | |
| 371. | Opening Page  04 | | |
| 372. | Opening Page  05 | | |
| 373. | Opening Page  06 | | |
| 374. | Opening Page  07 | | |
| 375. | Opening Page  08 | | |
| 376. | Opening Page  09 | | |
| 377. | Opening Page  10 | | |
| 378. | Opening Page  11 | | |
| 379. | Long Beach PD Lab report | | |
| 380. | Long Beach PD Property return | | |
| 381. | FP ROI 152 -- Eulalio Valencia | | |
| 382. | Lab Report Eulalio Valencia 130012351.CS | | |
| 383. | Lab Report Lassen St 130074795.CS | | |
| 384. | Lab Report Lassen St 130074795 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|-----|-------------|--------|----------|
| 385. | LBPD Amended Laboratory Report 130074795 (2) | | |
| 386. | Choi Information | | |
| 387. | CR18-00594 Plea Agreement | | |
| 388. | py - Notebook 1100 Hope REDACTED | 10-7-24 | 10-7-24 |
| 389. | K9 Abby_1 | | |
| 390. | CTJ Towne Invoice $2040.00 | | |
| 391. | CTJ Towne Invoice $3750.00 | | |
| 392. | CTJ Towne Invoice $3862.50 | | |
| 393. | CTJ Receipt 1 | | |
| 394. | CTJ Receipt 2 $15,000 & $45,000 | | |
| 395. | CTJ Receipt 3 Andy $35,000 & $35,350 | | |
| 396. | CTJ Receipt 4 Ramona $6000 | | |
| 397. | CTJ Receipt 5 Ramona $43,970 & $10,000 | | |
| 398. | Caln Lab Reports 13-19998-Q-01-Ver-1-Original | | |
| 399. | Caln Lab Reports 13-19998-Q-02-Ver-2-Original | | |
| 400. | Long Beach PD Report by Criminalist Jessica Jordan (12-12-2013) | | |
| 401. | Long Beach PD Report by Criminalist Jessica Jordan (12-12-2013) (color copy) | | |
| 402. | Long Beach PD Report by Criminalist Jessica Jordan (2-27-2013) | | |
| 501. | 2011 CTJ Hough.pdf | 9-19-24 → | |
| 502. | 2011 CTJ 1120S | 9-20-24 → | |

10

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 503. | 2011 JBLU Hough | 9-19-24 → | |
| 504. | 2011 JBLU 1120S | 9-20-24 → | |
| 505. | 2011 GLLR Hough | 10-2-24 | |
| 506. | 2011 GLLR 1120S | | |
| 507. | 2011 SI OH RHEW 1040 | 9-20-24 → | |
| 508. | Intentionally left blank | | |
| 509. | Intentionally left blank | | |
| 510. | Intentionally left blank | | |
| 511. | 2012 CTJ Hough | 9-20-24 → | |
| 512. | 2012 CTJ 1120S | ↓ → | |
| 513. | 2012 JBLU Hough | 9-20-24 → | |
| 514. | 2012 JBLU 1120S | 10-3-24 | 10-3-24 |
| 515. | 2012 GLLR Hough | 10-2-24 | |
| 516. | 2012 GLLR 1120S | | |
| 517. | 2012 SI OH RHEW 1040 | 9-20-24 → | |
| 518. | Intentionally left blank | | |
| 519. | Intentionally left blank | | |
| 520. | Intentionally left blank | | |
| 521. | 2013 CTJ Hough  bus Records | 9-20-24 → | |
| 522. | 2013 CTJ 1120S | | |
| 523. | 2013 JBLU Hough | | |
| 524. | 2013 JBLU 1120S | | |
| 525. | 2013 GLLR Hough  Business records | 9-20-24 → | |
| 526. | 2013 GLLR 1120S | ↓ → | |
| 527. | 2013 LANCE RHEW 1040 | ↓ → | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 528. | Intentionally left blank | | |
| 529. | Intentionally left blank | | |
| 530. | Intentionally left blank | | |
| 531. | IRS p1544-(Reporting Cash payments of $10,000 or more)-2012 | 9-20-24 → | |
| 532. | IRS Form 8300--2012.pdf | 9-20-24 → | |
| 533. | Notification of Law English | ↓ → | |
| 534. | Entry Summary 99V-0014758-4 | 9-19-24 10-3-24 | 10-3-24 |
| 535. | Entry Summary 99V-0014769-1 | ↓ | |
| 536. | Entry Summary 99V-0014770-9 | | |
| 537. | Entry Summary 99V-0014783-2 | ↓ | |
| 538. | Entry Summary 99V-0014798-0 | | |
| 539. | Entry Summary 99V-0014806-1 | 10-3-24 | 10-3-24 |
| 540. | Intentionally left blank | | |
| 541. | 2013 Sales | 9-20-24 → | |
| 542. | Monthly Sales 2013-2014 | 10-2-24 | 10-2-24 |
| 543. | Intentionally left blank | | |
| 544. | Intentionally left blank | | |
| 545. | Intentionally left blank | | |
| 546. | Intentionally left blank | | |
| 547. | Intentionally left blank | | |
| 548. | Intentionally left blank | | |
| 549. | Intentionally left blank | | |
| 550. | Intentionally left blank | | |
| 551. | Bank of Hope Certificate | | |
| 552. | Hanmi Bank Declaration | | |

12

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|-----|-------------|--------|----------|
| 553. | Hough Declaration | | |
| 554. | Intentionally left blank | | |
| 555. | Intentionally left blank | | |
| 556. | Intentionally left blank | | |
| 557. | Intentionally left blank | | |
| 558. | Intentionally left blank | | |
| 559. | Intentionally left blank | | |
| 560. | Intentionally left blank | | |
| 561. | Financial Crimes Enforcement Network Certificate of Authenticity | | |
| 562. | Certification of Search Between 01-01-2012 and 09-30-2014 | 9-19-24 | → |
| 563. | Certification of Search for 2015 Dates | | → |
| 564. | Records for C'EST TOI JEANS 07-30-2015 | | → |
| 565. | Intentionally left blank | | |
| 566. | Intentionally left blank | | |
| 567. | Intentionally left blank | | |
| 568. | Intentionally left blank | | |
| 569. | Intentionally left blank | | |
| 570. | Intentionally left blank | | |
| 571. | 1390198 Account Agreement (C'EST TOI JEANS INC) | 9-19-24 | → |
| 572. | 1390368 Account Agreement (C'EST TOI JEANS INC) | | → |
| 573. | 1387529 Account Agreement (JBLU, Inc.) | | → |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 574. | 7314655 Account Agreement (JBLU, INC.) | 9-19-24 | |
| 575. | 1393065 Account Agreement (GLLR INC) | | |
| 576. | 1384805 Customer Due Diligence Form (ORSAY CLOTHING INC) | | |
| 577. | Intentionally left blank | | |
| 578. | Intentionally left blank | | |
| 579. | Intentionally left blank | | |
| 580. | Intentionally left blank | | |
| 581. | 1384805 Customer Due Diligence Form (ORSAY CLOTHING INC) | 9-9-24 | 10-3-24 |
| 582. | Wire 96 -- Wire Report | | 10-3-24 |
| 583. | Wire 270 -- Wire Report | | 10-3-24 |
| 584. | Wire 270 -- Wire Agreement | | |
| 585. | Wire 327 -- Wire Report | 9-19-24 | 10-3-24 |
| 586. | Wire 344 -- Wire Report and Agreement | | |
| 587. | Wire 350 -- Wire Report and Agreement | | |
| 588. | Wire 351 -- Wire Report | | |
| 589. | Wire 361 -- Wire Report and Agreement | | |
| 590. | Wire 367 -- Wire Report | | |
| 591. | Wire 369 -- Wire Report | | |
| 592. | Wire 382 -- Wire Report and Agreement | | |
| 593. | Wire 383 -- Wire Report and Agreement | | 10-3-24 |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 594. | Wire 384 -- Wire Report and Agreement | 9-19-24 | 10-3-24 |
| 595. | Wire 401 -- Wire Report, Application, Bank Statement | | |
| 596. | Wire 482 -- Remittance Application and Bank Statement | | |
| 597. | Wire 493 -- Wire Report, Application, Bank Statement | | 10-3-24 |
| 598. | Intentionally left blank | | |
| 599. | Intentionally left blank | | |
| 600. | Intentionally left blank | | |
| 601. | Summary Chart -- Cash Received and Cash Deposited in 2011 | 9-19-24 | |
| 602. | 2011 CR Reports (NEW) | | |
| 603. | 2011 CTJ Bank Account 1390198 -- CTJ_00018105 | | |
| 604. | 2011 CTJ Bank Account 1390368 -- CTJ_00021643 | 9-19-24 | |
| 605. | 2011 CTJ Bank Account 1390376 -- CTJ_00018276 | | |
| 606. | 2011 JBLU Bank Account 1366815 -- CTJ_00018381 | 9-19-24 | |
| 607. | 2011 JBLU Bank Account 1386263 -- CTJ_00018594 | | |
| 608. | 2011 JBLU Bank Account 1387529 -- CTJ_00018737 | | |
| 609. | 2011 JBLU Bank Account 1604635 -- CTJ_00018979 | | |
| 610. | 2011 JBLU Bank Account 7314655 -- CTJ_00032565 | | |
| 611. | 2011 JBLU Hanmi Bank Account 500206624 | | |

15

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|-----|-------------|--------|----------|
| 612. | 01-17-2011 My Own CR Reports | 9-18-24 | → |
| 613. | 01-18-2011 JBLU Hanmi Bank Account 500206624 Deposit Records | 9-19-24 | → |
| 614. | 06-17-2011 My Own CR Reports | 9-19-24 | → |
| 615. | 06-20-2011 JBLU Bank Account 1387529 Deposit Records | ↓ | → |
| 616. | 08-30-2021 My Own CR Reports | ↓ | → |
| 617. | 08-31-2011 JBLU Bank Account 1366815 Deposit Records | 9-19-24 | → |
| 618. | 09-09-2011 My Own CR Reports | 9-19-24 | → |
| 619. | 09-12-2011 JBLU Bank Account 7314655 Deposit Records | ↓ | → |
| 620. | 12-13-2011 My Own CR Reports | 9-19-24 | → |
| 621. | 12-14-2011 CTJ Bank Account 1390368 Deposit Records | ↓ | → |
| 622. | 2011 CTJ Bank Account 1390198 Deposit Records | | |
| 623. | 2011 CTJ Bank Account 1390368 Deposit Records | | |
| 624. | 2011 JBLU Bank Account 1366815 Deposit Records | | |
| 625. | 2011 JBLU Bank Account 1387529 Deposit Records | | |
| 626. | 09-12-2011 JBLU Bank Account 7314655 Deposit Records | | |
| 627. | 2011 JBLU Hanmi Bank Account 500206624 Deposit Records | | |
| 628. | Intentionally left blank | | |
| 629. | Intentionally left blank | | |
| 630. | Intentionally left blank | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 631. | Summary Chart -- Cash Received and Cash Deposited in 2012 | 9-20-24 | → |
| 632. | 2012 CR Reports | | |
| 633. | 2012 CTJ Bank Account 1390368 January to November | 9-20-24 | → |
| 634. | 2012 CTJ Bank Account 1390368 December | ↓ | → |
| 635. | 2012 JBLU Bank Account 7314655 January to November | | |
| 636. | 2012 JBLU Bank Account 7314655 December | | |
| 637. | 03-20-2012 My Own CR Reports | 9-20-24 | → |
| 638. | 03-21-2012 CTJ Bank Account 1390368 Deposit Records | ↓ | → |
| 639. | 07-10-2012 My Own CR Reports | 9-20-24 | → |
| 640. | 07-11-2012 CTJ Bank Account 1390368 Deposit Records | | → |
| 641. | 07-11-2012 CTJ Bank Account 1390368 Deposit Records | ↓ | → |
| 642. | 2012 CTJ Bank Account 1390368 Deposit Records | | |
| 643. | Intentionally left blank | | |
| 644. | Intentionally left blank | | |
| 645. | Intentionally left blank | | |
| 646. | Intentionally left blank | | |
| 647. | Intentionally left blank | | |
| 648. | Intentionally left blank | | |
| 649. | Intentionally left blank | | |
| 650. | Intentionally left blank | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 651. | Summary Chart -- GLLR Cash in November and December 2013 | 9-20-24 | |
| 652. | 2013 GLLR CR Reports | 9-20-24 | |
| 653. | 2013 GLLR Bank Account 1393065 November to December | | |
| 654. | 12-16-2013 My Own CR Report | | |
| 655. | 12-17-2013 GLLR Bank Account 1393065 Deposit Records | 9-20-24 | |
| 656. | 2013 GLLR Bank Account 1393065 Deposit Records | | |
| 657. | Intentionally left blank | | |
| 658. | Intentionally left blank | | |
| 659. | Intentionally left blank | | |
| 660. | Intentionally left blank | | |
| 661. | Intentionally left blank  Summary Chart | 9-19-24 | 10-3-24 |
| 662. | Intentionally left blank | | |
| 663. | Intentionally left blank | | |
| 664. | Intentionally left blank | | |
| 665. | Intentionally left blank | | |
| 666. | Intentionally left blank | | |
| 667. | Intentionally left blank | | |
| 668. | Intentionally left blank | | |
| 669. | Intentionally left blank | | |
| 670. | Intentionally left blank | | |
| 671. | Intentionally left blank | | |
| 672. | Intentionally left blank | | |
| 673. | Intentionally left blank | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|------|------------|--------|----------|
| 674. | Intentionally left blank | | |
| 675. | Intentionally left blank | | |
| 676. | Intentionally left blank | | |
| 677. | Intentionally left blank | | |
| 678. | Intentionally left blank | | |
| 679. | Intentionally left blank | | |
| 680. | Intentionally left blank | | |
| 681. | Intentionally left blank | | |
| 682. | Intentionally left blank | | |
| 683. | Intentionally left blank | | |
| 684. | Intentionally left blank | | |
| 685. | Intentionally left blank | | |
| 686. | Intentionally left blank | | |
| 687. | Intentionally left blank | | |
| 688. | Intentionally left blank | | |
| 689. | Intentionally left blank | | |
| 690. | Intentionally left blank | | |
| 691. | Intentionally left blank *summary chart by Jenks* | 9-19-24 | → |
| 692. | Intentionally left blank | | |
| 693. | Intentionally left blank | | |
| 694. | Intentionally left blank | | |
| 695. | Intentionally left blank | | |
| 696. | Intentionally left blank | | |
| 697. | Intentionally left blank | | |
| 698. | Intentionally left blank | | |

19

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 699. | Intentionally left blank | | |
| 700. | Intentionally left blank | | |
| 701. | Full Video, 8.21.2014 | | |
| 702. | Clip 1, 00.02 - 00.09, 8.21.2014 | | |
| 703. | Full Video, 8.21.2014 | | |
| 704. | Clip 1, 00.24 - 01.38, 8.21.2014 | | |
| 705. | Clip 2, 03.36 - 04.04, 8.21.2014 | | |
| 706. | Intentionally left blank | | |
| 707. | Intentionally left blank | | |
| 708. | Intentionally left blank | | |
| 709. | Intentionally left blank | | |
| 710. | Intentionally left blank | | |
| 711. | Full Video, 8.26.2014 | | |
| 712. | Full Video, 8.26.2014 | | |
| 713. | Clip 1, 00.58 - 02.08, 8.26.2014 | | |
| 714. | Clip 2, 15.45 - 16.42, 8.26.2014 | | |
| 715. | Full Video, 8.26.2014 | | |
| 716. | Full Video, 8.26.2014 | | |
| 717. | Full Video, 8.26.2014 | | |
| 718. | Full Video, 8.26.2014 | | |
| 719. | Clip 1, 00.00 - 02.28, 8.26.2014 | | |
| 720. | Clip 2, 04.50 - 06.32, 8.26.2014 | | |
| 721. | Full Video, 8.27.2014 | | |
| 722. | Full Video, 8.27.2014 | | |
| 723. | Full Video, 8.27.201 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|-----|-------------|--------|----------|
| 724. | Full Video, 8.27.2014 | | |
| 725. | Intentionally left blank | | |
| 726. | Intentionally left blank | | |
| 727. | Intentionally left blank | | |
| 728. | Intentionally left blank | | |
| 729. | Intentionally left blank | | |
| 730. | Intentionally left blank | | |
| 731. | Full Video, 8.28.2014 | 10-2-24 | 10-2-24 |
| 732. | Full Video, 8.28.2014 | | |
| 733. | Full Video, 8.28.2014 | | |
| 734. | Full Video, 8.28.2014 | | |
| 735. | Clip 1, 00.00 - 00.05, 8.28.2014 | 10-2-24 | 10-2-24 |
| 736. | Intentionally left blank | | |
| 737. | Intentionally left blank | | |
| 738. | Intentionally left blank | | |
| 739. | Intentionally left blank | | |
| 740. | Intentionally left blank | | |
| 741. | Full Video, 8.29.2014 | | |
| 742. | Full Video, 8.29.2014 | | |
| 743. | Full Video, 8.29.2014 | | |
| 744. | Full Video, 8.29.2014 | | |
| 745. | Full Video, 8.29.2014 | | |
| 746. | Full Video, 8.29.2014 | | |
| 747. | Full Video, 8.29.201 | | |
| 748. | Full Video, 8.29.201 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|------|-------------|--------|----------|
| 749. | Full Video, 8.29.2014 | | |
| 750. | Clip 1, 00.50 - 01.50, 8.29.2014 | 9-30-24 | 9-30-24 |
| 751. | Clip 2, 04.14 - 04.50, 8.29.2014 | | |
| 752. | Clip 3, 06.00 - 06.23, 8.29.2014 | | |
| 753. | Full Video, 8.29.2014 | | |
| 754. | Clip 1, 02.50 - 03.50, 8.29.2014 | 9-24-24 | → |
| 755. | Clip 2, 04.42 - 05.32, 8.29.2014 | | → |
| 756. | Clip 3, 07.50 - 08.16, 8.29.2014 | | → |
| 757. | Clip 4, 11.00 - 11.35, 8.29.2014 | | → |
| 758. | Clip 5, 13.15 - 13.55, 8.29.2014 | | → |
| 759. | Clip 6, 16.00 - 16.14, 8.29.2014 | | → |
| 760. | Clip 7, 17.34 - 17.59, 8.29.2014 | | → |
| 761. | Clip 8, 17.59 - 20.28, 8.29.2014 | | → |
| 762. | Clip 9, 22.25 - 23.57, 8.29.2014 | ↓ | → |
| 763. | Intentionally left blank | | |
| 764. | Intentionally left blank | | |
| 765. | Intentionally left blank | | |
| 766. | Intentionally left blank | | |
| 767. | Intentionally left blank | | |
| 768. | Intentionally left blank | | |
| 769. | Intentionally left blank | | |
| 770. | Intentionally left blank | | |
| 771. | Full Video, 9.02.2014 | | |
| 772. | Full Video, 9.02.2014 | | |
| 773. | Full Video, 9.02.2014 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 774. | Full Video, 9.02.2014 | | |
| 775. | Full Video, 9.02.2014 | | |
| 776. | Full Video, 9.02.2014 | | |
| 777. | Clip 1, 00.03 - 01.05, 9.02.2014 | | |
| 778. | Clip 2, 11.26 - 12.33, 9.02.2014 | | |
| 779. | Full Video, 9.02.2014 | | |
| 780. | Full Video, 9.02.2014 | | |
| 781. | Clip 1, 00.28 - 02.04, 9.02.2014 | | |
| 782. | Intentionally left blank | | |
| 783. | Intentionally left blank | | |
| 784. | Intentionally left blank | | |
| 785. | Intentionally left blank | | |
| 786. | Intentionally left blank | | |
| 787. | Intentionally left blank | | |
| 788. | Intentionally left blank | | |
| 789. | Intentionally left blank | | |
| 790. | Intentionally left blank | | |
| 791. | Intentionally left blank | | |
| 792. | Intentionally left blank | | |
| 793. | Intentionally left blank | | |
| 794. | Intentionally left blank | | |
| 795. | Intentionally left blank | | |
| 796. | Intentionally left blank | | |
| 797. | Intentionally left blank | | |
| 798. | Intentionally left blank | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 799. | Intentionally left blank | | |
| 800. | Intentionally left blank | | |
| 801. | Full Video, 9.03.2014 | | |
| 802. | Full Video, 9.03.2014 | | |
| 803. | Clip 1, 00.00 - 00.07, 9.03.2014 | | |
| 804. | Full Video, 9.03.2014 | | |
| 805. | Full Video, 9.03.2014 | | |
| 806. | Full Video, 9.03.2014 | | |
| 807. | Clip 1, 00.03 - 01.38, 9.03.2014 | | |
| 808. | Clip 2, 07.04 - 07.37, 9.03.2014 | | |
| 809. | Clip 3, 08.25 - 09.10, 9.03.2014 | | |
| 810. | Clip 4, 13.21 - 13.47, 9.03.2014 | | |
| 811. | Clip 5, 16.29 - 17.04, 9.03.2014 | | |
| 812. | Clip 6, 21.21 - 21.45, CTJ_00738499, 9.03.2014 | | |
| 813. | Clip 7, 24.28 - 25.10, 9.03.2014 | | |
| 814. | Clip 8, 30.19 - 31.43, 9.03.2014 | | |
| 815. | Full Video, 9.03.2014 | | |
| 816. | Clip 1, 30.20 - 31.36, 9.03.2014 | | |
| 817. | Full Video, 9.03.2014 | | |
| 818. | Clip 1, 00.00 - 00.07, 9.03.2014 | | |
| 819. | Full Video, 9.03.2014 | | |
| 820. | Full Video, 9.03.2014 02 | 9-30-24 | 9-30-24 |
| 821. | Full Video, 9.03.2014 | | |
| 822. | Clip 1, 00.00 - 00.08, 9.03.2014 | | |
| 823. | Clip 2, 04.28 - 04.37, 9.03.2014 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 824. | Intentionally left blank | | |
| 825. | Intentionally left blank | | |
| 826. | Intentionally left blank | | |
| 827. | Intentionally left blank | | |
| 828. | Intentionally left blank | | |
| 829. | Intentionally left blank | | |
| 830. | Intentionally left blank | | |
| 831. | Full Video, 9.04.2014 | | |
| 832. | Full Video, 9.04.2014 | | |
| 833. | Clip 1, 00.36 - 01.34, 9.04.2014 | 9-30-24 | 9-30-24 |
| 834. | Clip 2, 07.30 - 07.48, 9.04.2014 | | |
| 835. | Full Video, 9.04.2014 01 | | |
| 836. | Full Video, 9.04.2014 02 | | |
| 837. | Full Video, 9.04.2014 03 | | |
| 838. | Clip 1, 00.00 - 00.07, 9.04.2014 | | |
| 839. | Intentionally left blank | | |
| 840. | Intentionally left blank | | |
| 841. | Full Video, 9.05.2014 | 10-2-24 | 10-2-24 |
| 842. | Full Video, 9.05.2014 | | |
| 843. | Full Video, 9.05.2014 | ↓ | ↓ |
| 844. | Full Video, 9.05.2014 | 10-2-24 | 10-2-24 |
| 845. | Full Video, 9.05.2014 | | |
| 846. | Full Video, 9.05.2014 | | |
| 847. | Clip 1, 00.27 - 00.37, 9.05.2014 | | |
| 848. | Clip 2, 01.20 - 01.47, 9.05.2014 | | |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 849. | Full Video, 9.05.2014 | | |
| 850. | Clip 1, 06.15 - 06.30, 9.05.2014 | | |
| 851. | Full Video, 9.08.2014 | | |
| 852. | Clip 1, 00.14 - 00.20, 9.08.2014 | | |
| 853. | Full Video, 9.08.2014 | 9-30-24 | 9-30-24 |
| 854. | Clip 1, 00.19 - 00.58, 9.08.2014 | 9-30-24 | 9-30-24 |
| 855. | Clip 2, 04.00 - 04.31, 9.08.201 | 9-30-24 | 9-30-24 |
| 856. | Intentionally left blank | | |
| 857. | Intentionally left blank | | |
| 858. | Intentionally left blank | | |
| 859. | Intentionally left blank | | |
| 860. | Intentionally left blank | | |
| 861. | Full Video, 9.09.2014 01 | 10-2-24 | 10-2-24 |
| 862. | Full Video, 9.09.2014 02 | | |
| 863. | Clip 1, 00.10 - 00.17, 9.09.2014 | | |
| 864. | Full Video, 9.09.2014 01 | | |
| 865. | Full Video, 9.09.2014 02 | 10-2-24 | 10-2-24 |
| 223 | | 9-19-24 | |
| 224 | | | |
| 221 | Photo san Pedro warehouse | | |
| 222 | Acct'ing office ( Photo) | | |
| 409 | Photo of Cest Tua store front | 10/10/24 | 10/10/24 |
| 411 | Articles of Incorporation for GLLR, Inc. | 10/11/24 | 10/11/24 |

**WINSTON & STRAWN LLP**
David C. Scheper (SBN: 120174)
DScheper@winston.com
Angela M. Machala (SBN: 224496)
AMachala@winston.com
Paul B. Salvaty (SBN: 171507)
PSalvaty@winston.com
Lara Markarian (SBN: 327345)
LMarkarian@winston.com
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Richard Weber (*pro hac vice*)
John W.H. Harding (*pro hac vice*)
JWHarding@winston.com
1901 L St NW
Washington, D.C. 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Defendant Si Oh Rhew*

**LAW OFFICES OF BEAU B. BRINDLEY**
Beau B. Brindley (*pro hac vice*)
bbbrindley@gmail.com
53 West Jackson Blvd., Suite 1410
Telephone: (312) 765-8878

*Attorney for Defendant C'est Toi Jeans, Inc.*

**PAUL HASTINGS LLP**
Renato Mariotti (SBN: 226447)
Renatomariotti@paulhastings.com
Holly Campbell (*pro hac vice*)
Hollycampbell@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6005
Facsimile: (312) 499-6105

Peter B. Axelrod (SBN: 190843)
Peteraxelrod@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212)319-4090

Nicole Lueddeke (SBN: 300341)
Nicolelueddeke@paulhastings.com
515 South Flower Street
Los Angeles, CA 90071
Phone: (213) 683-6000
Facsimile: (213) 627-0705

*Attorneys for Defendant Lance Rhew*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>C'EST TOI JEANS, INC., SI OH RHEW, and LANCE RHEW,<br><br>Defendants. | Case No. 20-222(A)-ODW<br><br>*Hon. Mark C. Scarsi*<br><br>**DEFENDANTS' EXHIBIT LIST** |

| EX. | DESCRIPTION | IDENT. | ADMITTED |
|---|---|---|---|
| 1001 | Beom Lee Plea Agreement | | |
| 1002 | Report of Interview – Henry Hough (CTJ_00009793)<br><br>(Marked for identification only) | 9-18-24 | |
| 1003 | Report of Interview – Sulvia Villeda (CTJ_00010243)<br><br>(Marked for identification only) | 9-20-24 | |
| 1004 | Total Purchases v. Alleged Unpaid Duties Summary Chart | 10-18-24 | 10-18-24 |
| 1005 | 2011 CR Reports (Government Exhibit 602) *ONLY PAGE 2166* | 10-18-24 | 10-18-24 |
| 1006 | 2012 CR Reports (Government Exhibit 632) ✗ | 10-22-24 | 10-22-24 |
| 1007 | D. Jamal Records (JAMAL00001-47) | 10-22-24 | |
| | All documents identified on the government's Updated Exhibit List | | |

✗ pgs. 643, 1854, 2762, 2871 & 2872 only

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE SHEMITZ (Cal. Bar No. 224093)
MIRI SONG (Cal. Bar No. 291140)
SKYLER F. CHO (Cal. Bar No. 303100)
Assistant United States Attorneys
International Narcotics, Money
  Laundering, & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-5735/2262/2475
    Facsimile:    (213) 894-0142
    E-mail:        julie.shemitz@usdoj.gov
                        miri.song@usdoj.gov
                        skyler.cho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-222(A)-ODW-all |
|---|---|
| Plaintiff, | GOVERNMENT'S WITNESS LIST |
| v. | |
| C'EST TOI JEANS, INC., SI OH RHEW, and LANCE RHEW, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the

United States Attorney for the Central District of California and Assistant United States

Attorneys Julie Shemitz, MiRi Song, and Skyler F. Cho, hereby files its witness list in

the above-captioned case.

//

//

//

The government reserves the right to supplement this witness list throughout trial as necessary.

Dated: September 16, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
JULIE SHEMITZ
MIRI SONG
SKYLER F. CHO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## LIST OF GOVERNMENT WITNESSES

| No. | Name of Witness | ROLE |
|---|---|---|
| 1. | Andrew Reynolds | HSI Special Agent |
| 2. | Beom Lee | Civilian  9·18·24 |
| 3. | Brian Johnson | HSI Special Agent |
| 4. | Carlos Zepeda | Customs and Border Protection |
| 5. | Confidential Informant *(name disclosed to defense)* | Civilian |
| 6. | Debra Roche Meyling | Customs and Border Protection International Trade Analyst  9·24·24 |
| 7. | Dilcia Auxume | Civilian  9-24-24 |
| 8. | Eugene Jenks | IRS Special Agent  9-19·24 ; 9·20·24 |
| 9. | Fernando Choi | Civilian |
| 10. | Gorden Kwan | HSI Special Agent |
| 11. | Henry Hough | Civilian - 9-20 24 |
| 12. | Jason Graeff | HSI Special Agent |
| 13. | Jeff Joo | Civilian  9-19·24 |
| 14. | Jessica Jordon | Long Beach Police Department, Criminalist |
| 15. | Jung Ham | Civilian  10|8|24 , 10|9|24 |
| 16. | Kasup Kim | Civilian  9-24-24 |
| 17. | Kevin Panganiban | HSI Special Agent |
| 18. | Leticia Huerta | HSI Special Agent |
| 19. | Luis Reyna | IRS Special Agent |
| 20. | Luis Rodriguez | Long Beach Police Department Sergeant |
| 21. | Michael Patrick Gleason | HSI Special Agent (retired)  9·20 24 |
| 22. | Minseok Song | Civilian  9-18·24 ; 9-19·24 |
| 23. | Peter Yung | Monterey Park Police Department Lieutenant |
| 24. | Robert Ristow | San Bernardino County Sheriff's Department Criminalist (retired) |
| 25. | Shea Robertson | Long Beach Police Department Detective |
| 26. | Sulvia Gutierrez | Civilian |
| 27. | Sungje Jung | Civilian |
| 28. | William Johnston | Long Beach Police Department Detective |

**WINSTON & STRAWN LLP**
David C. Scheper (SBN: 120174)
DScheper@winston.com
Angela M. Machala (SBN: 224496)
AMachala@winston.com
Paul B. Salvaty (SBN: 171507)
PSalvaty@winston.com
Lara Markarian (SBN: 327345)
LMarkarian@winston.com
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:   (213) 615-1700

John W.H. Harding (*pro hac vice*)
JWHarding@winston.com
1700 K St NW
Washington, DC 20006
Telephone: (202) 282-5000

*Attorneys for Defendant Si Oh Rhew*

**LAW OFFICES OF BEAU B. BRINDLEY**
Beau B. Brindley (*pro hac vice*)
bbbrindley@gmail.com
53 West Jackson Blvd., St. 1410
Chicago, IL 60604
Telephone: (310) 765-8878

*Attorney for Defendant C'est Toi Jeans, Inc.*

**PAUL HASTINGS LLP**
Renato Mariotti (SBN: 226447)
renatomariotti@paulhastings.com
Holly Campbell (*pro hac vice*)
hollycampbell@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6005
Fax: (312) 499-6105

Peter B. Axelrod (SBN: 190843)
peteraxelrod@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 319-4090

Nicole D. Lueddeke (SBN: 300341)
Nicolelueddeke@paulhastings.com
515 South Flower Street
Los Angeles, CA 90071
Phone: (213) 683-6000
Fax: (213) 627-0705

*Attorneys for Defendant Lance Rhew*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 20-0222(A)-ODW |
| Plaintiff, | |
| vs. | **DEFENDANTS' WITNESS LIST** |
| SI OH RHEW, et al., | |
| Defendants. | |

| Witness Name | Role |
|---|---|
| Christopher Perry | Expert |
| Manny Muriel | Expert 10/08/24 |
| Barry Koch | Expert 10/08/24 |
| Michael Roll | Expert |
| Becky O'Malley | Expert |
| Ryen Lim | Civilian |
| Daryoush Jamal | Civilian |
| Loudvik Khanlari | Civilian |
| Jina Yoo | Civilian |
| Jee Hee Hwang | Civilian 10/08/24 |
| Daeun Park | Civilian |
| Rex Rhew | Civilian |
| Demetrio Villasenor | Civilian |
| Hyunjun Lee | Civilian |
| Jose Castaneda | Civilian |
| Rafael Millan | Civilian |
| Rocio Ramirez | Civilian |
| Demetrio Villasenor | Civilian |
| Jose Nunfio | Civilian |
| Victor Martinez | Civilian |
| EunJung Kim | Civilian |
| Jose Chaves | Civilian |
| Mario Heron | Civilian |
| Nick Kim | Civilian |
| Hyomi Ahn | Civilian |
| Gregory Scott | Civilian |

| | |
|---|---|
| Janet Booker | Civilian |
| Bobby Arbab | Civilian |
| Jordan Trujillo | Civilian |
| Robert Meyer | Civilian |
| Ari Friedland | Civilian |
| Jordan Rudow | Civilian |
| Kip Lytel | Civilian |
| Caroline Alika | Civilian |
| Drew Thorton | Civilian |
| Mark Verge | Civilian |
| Kevin An | Civilian |
| Jodi Lee | Civilian |
| Joseph Fernandez | Civilian |
| Jay Park | Civilian |
| Olivier Bovva | Civilian |
| Jenny Park | Civilian |
| Amy Burness | Civilian |
| Thomas Min | Civilian |
| Melissa Donati | Civilian |
| Christopher Kwon | Civilian |
| Pascal Duclos | Civilian |
| Kendall Harris | Civilian |
| Mark Butcher | Civilian |
| Harry Erskine | Civilian |
| Vin Sung | Civilian |
| Anne Harriger | Civilian |
| Emily Springhorn | Civilian |

| Cesar Di Bello | Civilian |
|---|---|
| Nina Rodriguez | Civilian |
| Michael Tang | Civilian |
| Marce Kelly | Civilian |
| Eva Lymenstull | Civilian |
| All individuals identified on the government's witness list | |
| All individuals who received trial subpoenas from the government | |

Defendants reserve all rights to call additional witnesses based on evidence presented in the government's case.

**WINSTON & STRAWN LLP**
David C. Scheper (SBN: 120174)
DScheper@winston.com
Angela M. Machala (SBN: 224496)
AMachala@winston.com
Paul B. Salvaty (SBN: 171507)
PSalvaty@winston.com
Lara Markarian (SBN: 327345)
LMarkarian@winston.com
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:   (213) 615-1700

John W.H. Harding (*pro hac vice*)
JWHarding@winston.com
1700 K St NW
Washington, DC 20006
Telephone: (202) 282-5000

*Attorneys for Defendant Si Oh Rhew*

**LAW OFFICES OF BEAU B. BRINDLEY**
Beau B. Brindley (*pro hac vice*)
bbbrindley@gmail.com
53 West Jackson Blvd., St. 1410
Chicago, IL 60604
Telephone: (310) 765-8878

*Attorney for Defendant C'est Toi Jeans, Inc.*

**PAUL HASTINGS LLP**
Renato Mariotti (SBN: 226447)
renatomariotti@paulhastings.com
Holly Campbell (*pro hac vice*)
hollycampbell@paulhastings.com
71 South Wacker Drive, 45th Floor
Chicago, IL 60606
Telephone: (312) 499-6005
Fax: (312) 499-6105

Peter B. Axelrod (SBN: 190843)
peteraxelrod@paulhastings.com
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 319-4090

Nicole D. Lueddeke (SBN: 300341)
Nicolelueddeke@paulhastings.com
515 South Flower Street
Los Angeles, CA 90071
Phone: (213) 683-6000
Fax: (213) 627-0705

*Attorneys for Defendant
Lance Rhew*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SI OH RHEW, et al.,<br><br>  Defendants. | CASE NO. CR 20-0222(A)-ODW<br><br>**DEFENDANTS' EXHIBIT LIST** |

1

## **Defendants' Trial Exhibit List**

2        Defendants Si Oh Rhew, C'est Toi Jeans, Inc., and Lance Rhew reserve their

3    right to introduce exhibits during trial to rebut the evidence presented in the

4    government's case or to impeach the government's witnesses.

5

6    DATED:  September 17, 2024            Respectfully submitted,

7                                          */s/ Renato Mariotti*

8                                          Renato Mariotti

9                                          Peter B. Axelrod
                                           Holly H. Campbell

10                                         Nicole D. Lueddeke

11                                         *Attorneys for Lance Rhew*

12                                         */s/ David C. Scheper*

13                                         David C. Scheper

14                                         Angela M. Machala
                                           Paul B. Salvaty

15                                         John W.H. Harding
                                           Lara Markarian

16

17                                         *Attorneys for Si Oh Rhew*

18                                         */s/ Beau B. Brindley*

19                                         Beau B. Brindley

20                                         *Attorneys for C'est Toi Jeans, Inc.*

21

22    9-18-24                    I.D          in evidence
      1001 - Plea Agreemt      9-18-24

23         (Beom Lee)
           (CR·18-96·JvW)

24

25    9-20-24                       9-20-24
          Exh 1002 - Rept Interview

26

27

28

DEFENDANTS' EXHIBIT LIST            - 2 -