BILAL A. ESSAYLI
Acting United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
J. MARK CHILDS (Cal. Bar No. 162684)
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorneys
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3547
    Facsimile: (213) 894-0141
    E-mail: lana.owens@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00222-MCS-1 |
|---|---|
| Plaintiff, | ORDER ON UNOPPOSED MOTION TO DISMISS THE UNDERLYING INDICTMENT AGAINT DEFENDANT SI OH RHEW (ECF No. 541) |
| v. | |
| SI OH RHEW, | |
| Defendant. | |

Having considered the Unopposed Motion to Dismiss the Underlying Indictment in this case filed by the government, including the supporting declaration, the government's application is hereby GRANTED.

///

1

1 |     The single-count indictment filed on June 12, 2020 is hereby
2 | dismissed without prejudice.
3 |     IT IS SO ORDERED

October 27, 2025
DATE

HONORABLE MARK C. SCARSI
U.S. DISTRICT COURT JUDGE

2